ARCHIBALD H. GILKERSON, LUKE A. POST, AND FRANKLIN GILKERSON, Plaintiffs in Error, *v.* THE PACIFIC RAILROAD, Defendant in Error.

*Error to St. Louis Court of Common Pleas.*

*Grover & Sharp*, and *Hicks & Doniphan*, for plaintiffs in error.

*Leighton*, and *Glover & Shepley*, for defendant in error.

HOLMES, Judge, delivered the opinion of the court.

This case is in all material respects similar to that of Clark v. The Pacific R.R. decided at this term; and for the reasons given in the opinion in that case the judgment will be affirmed. The other judges concur.